Opinion issued May 7, 2019



In The

# Court of Appeals

For The

## First District of Texas

————————————————

## NO. 01-18-00566-CV

————————————————

## DANNA LETRICE HARRIS, Appellant

## V.

## ME ALPHA, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1108977**

---

## MEMORANDUM OPINION

Appellant's brief was originally due on February 25, 2019. On March 13, 2019, we issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely

filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.